[Nos. 59288-2-I; 59289-1-I.   Division One.   May 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CRIST, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-09761-9, J. Wesley Saint Clair, J., entered November 17, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 61318-9-I.   Division One.   May 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERED FULLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-01029-1, Charles R. Snyder, J., entered February 21, 2008. *Reversed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 61528-9-I.   Division One.   May 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09245-1, Deborah D. Fleck, J., entered March 11, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Agid and Becker, JJ.